## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| REBECCA WOODRING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-00243-TWP-DML |
| | ) |
| JACKSON COUNTY, INDIANA | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, Defendant Jackson County, Indiana ("Defendant"), by and through the undersigned counsel, hereby notices its appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Order (dkt. 63) granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment, and this Court's entry of Final Judgment (dkt. 64).

Respectfully submitted,

/s/ Daniel J. Schmid
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: hmihet@lc.org
       rgannam@lc.org
       dschmid@lc.org
       court@lc.org

*Attorneys for Defendant Jackson County, Indiana*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2020, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated via this Court's ECF/electronic notification system on all counsel of record.

/s/ Daniel J. Schmid
Daniel J. Schmid